Alfred W. Hinchliffe, Respondent, v. Buffalo Concrete Mixer Company, Appellant.— Judgment and order affirmed, with costs. New trial to be had in the City Court of the city of Buffalo on Tuesday, January 25, 1910, at ten o'clock in the forenoon. All concurred, except Spring and Williams, JJ., who dissented.

John J. Hallock, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Robson, J., who dissented.

Bernard Brady, Respondent, v. David Nolan, Appellant.— Judgment modified by deducting therefrom, as of the date of the decision, the sum of forty-seven dollars and seventy cents allowed as interest, and as so modified affirmed, without costs of this appeal to either party. All concurred.

Sarah J. Herbert, as Administratrix, etc., of Charles A. Herbert, Deceased, Appellant, v. Charles Fix and Frank Fix, Respondents.— Judgment and order affirmed, with costs. All concurred; Spring, J., not sitting.

W. Henry Bennett, Appellant, v. George R. Ogden, Respondent.— Judgment affirmed, with costs. All concurred; Spring, J., not sitting.

Arthur Green, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Warner-Quinlan Asphalt Company, Appellant, v. Central New York Telephone and Telegraph Company, Respondent.— Judgment and order affirmed, with costs. All concurred.

Charles J. Vogt and Others, as Surviving Partners of the Firm of Buffalo Galvanizing and Tinning Works, Respondents, v. Edgar M. Hayman and Oscar M. Hayman, as Surviving Partners of the Firm of Michael Hayman & Co., Appellants.— Judgment and order affirmed, with costs. All concurred, except Williams, J., who dissented.

Martin Meyers, Appellant, v. The Erie Railroad Company, Respondent.— Judgment affirmed, with costs. All concurred; Spring, J., not sitting.

Thomas De Ford, Appellant, v. Kinne & Kinne Company, Respondent.— Judgment affirmed, with costs. All concurred.

Samuel I. Thayer, as Administrator, etc., of Llewellyn Thayer, Deceased, Respondent, v. The Village of Penn Yan, Appellant.— Judgment and order affirmed, with costs. All concurred, except Robson, J., who dissented.

Andrew Ozogar, Respondent, v. Pierce, Butler & Pierce Manufacturing Company, Appellant.— Motion to amend decision so as to show that reversal was on questions of law only denied, with ten dollars costs.

Jacob C. Heintz, Appellant, v. Continental Casualty Company, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Albert E. Campbell, Respondent, v. Frontier Telephone Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

Mark A. Quinn, Respondent, v. Alois Brockhaus, as Treasurer of Court North Buffalo No. 7880 of the Ancient Order of Foresters, Appellant.— Judgment affirmed, with costs. All concurred.